# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| BETHANY MORT, on behalf of herself and others similarly situated, | ) CASE NO. 3:22-cv-00164 ) ) JUDGE ALETA A. TRAUGER |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| MARRIOTT INTERNATIONAL, INC., *et al.,* | ) ) ) |
| *Defendant.* | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE AND DISMISSAL OF LAWSUIT WITH PREJUDICE

Now comes Plaintiff, Bethany Mort, through Counsel, and hereby respectfully requests that the Court issue an order approving the Settlement Agreement and Release submitted herewith and dismissing this matter with prejudice. Defendants do not oppose this Motion. A memorandum of law in support of Plaintiff's Motion is contemporaneously filed.

RESPECTFULLY SUBMITTED this 25th day of September, 2023.

s/ *Anne Bennett Hunter*
Anne Bennett Hunter, TN BPR# 022407
Hunter Law Firm
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
Phone: (615) 592-2977
Email: anne@hunteremploymentlaw.com


/s *James L. Simon*
James L. Simon (admitted *pro hac vice*)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, OH 44022

Telephone: (216) 816-8696
Email: james@simonsayspay.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the undersigned below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/ Keane A. Barger</u>
Katharine R. Klein
Keane A. Barger
**RILEY WARNOCK & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
kbarger@rwjplc.com
kklein@rwjplc.com

<u>s/ Lincoln O. Bisbee</u>
Lincoln O. Bisbee (*Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 100178
Telephone: (212) 309-6000
lincoln.bisbee@morganlewis.com

<u>s/ T. Cullen Wallace</u>
T. Cullen Wallace (*Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana St., Suite 400
Houston, TX 77002-5006
Tel: (713) 890-5722
Fax: (713) 890-5001
Cullen.wallace@morganlewis.com

*Attorneys for Defendant*

<u>/s Anne Bennett Hunter</u>